IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 113

| | |
|---|---|
| **HEATHER GOLDING HILL,** ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **WELLS FARGO AND COMPANY, as** ) | |
| successor to **WACHOVIA CORPORATION** ) | |
| and **WACHOVIA MORTGAGE** ) | |
| **COMPANY,** and **LIBERTY LIFE** ) | |
| **ASSURANCE COMPANY OF BOSTON,** ) | |
| as administrator of the Wachovia ) | |
| Corporation Long Term Disability Plan, and ) | |
| **THE WACHOVIA CORPORATION LONG** ) | |
| **TERM DISABILITY PLAN,** ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court upon a review of the file in this matter. In the scheduling order (#7) that was filed in this matter on July 15, 2011, the court ordered that plaintiff brief the issue of why plaintiff is of the opinion that she is entitled to a jury trial in this matter and such brief was to be filed by August 1, 2011. Plaintiff did not file a brief as directed by the court which indicates to the court that plaintiff and her counsel are no longer contending that plaintiff is entitled to a jury trial.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the trial in this matter shall be before the court and without a jury.

Signed: December 6, 2011

*[signature]*

Dennis L. Howell
United States Magistrate Judge