IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 113

| | |
|---|---|
| HEATHER GOLDING HILL, )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>WELLS FARGO AND COMPANY, as )<br>successor to WACHOVIA CORPORATION )<br>and WACHOVIA MORTGAGE )<br>COMPANY, and LIBERTY LIFE )<br>ASSURANCE COMPANY OF BOSTON, )<br>as administrator of the Wachovia )<br>Corporation Long Term Disability Plan, and )<br>THE WACHOVIA CORPORATION LONG )<br>TERM DISABILITY PLAN, )<br>)<br>Defendants ) | **ORDER** |

**THIS MATTER** is before the court upon a review of the file in this matter. In the scheduling order (#7) that was filed in this matter on July 15, 2011, the court ordered that plaintiff brief the issue of why plaintiff is of the opinion that she is entitled to a jury trial in this matter and such brief was to be filed by August 1, 2011. Plaintiff did not file a brief as directed by the court which indicates to the court that plaintiff and her counsel are no longer contending that plaintiff is entitled to a jury trial.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the trial in this matter shall be before the court and without a jury.

Signed: December 6, 2011

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge